UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM DeMARCO, on behalf of himself and all others similarly situated,

               Plaintiff,

-against-

NATIONAL COLLECTOR'S MINT, INC., et al.,

               Defendants.

04 Civ. 09206 (CM)

### DECLARATION OF PETER BLUMENTHAL REGARDING MAILING OF CLASS NOTICE

I, Peter Blumenthal, declare pursuant to 28 U.S.C. § 1746:

1. I am the Chief Financial Officer of National Collector's Mint, Inc. ("NCM"). I make this declaration based upon my own personal knowledge and upon information obtained from knowledgeable individuals at Greater Data & Mailing, Inc. ("GDM").

2. Pursuant to the Second Amended Preliminary Order in Connection with Settlement Proceedings dated September 30, 2005 (the "Preliminary Order"), NCM caused to be mailed, as set forth below, a Notice of Hearing on Proposed Settlement of Class Action and Attorneys' Fee Petition (the "Class Notice") to all members of the class that was certified by the Court in the Preliminary Order (the "Class Members"), which comprised all residents of the United States who had purchased the Freedom Tower Silver Dollar ("FTSD") from NCM during the time period running from September 1, 2001 through May 31, 2005 and who had not already received a refund from NCM for their purchase(s) of the FTSD.

3. NCM selected GDM to conduct the mailing. NCM provided GDM with a file containing the names and addresses of 131,377 United States residents, which included "all Class Members who [could] be identified on the basis of customer information currently in the possession of NCM," as set forth in the Preliminary Order. GDM was also provided with printed copies of the Class Notice, a copy of which is attached hereto as Exhibit A.

4. On or about October 11, 2005, GDM mailed the Class Notice to 131,374 Class Members by standard mail, postage prepaid, as set forth in the Preliminary Order. According to GDM, three of the file names that were transmitted by NCM to GDM contained addresses that could not be mailed. Attached hereto as Exhibit B is a postal receipt from the United States Postal Service for the mailing of the Class Notices.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 15, 2005

_____
Peter Blumenthal