USDS DNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM DeMARCO, on behalf of himself and all others similarly situated,

          Plaintiff

-against-

NATIONAL COLLECTOR'S MINT, INC., et al.,

          Defendants.

04 Civ. 09206 (CM)

## REVISED ORDER AND FINAL JUDGMENT

On the 16th day of December, 2005, a hearing having been held before this Court (the "Settlement Fairness Hearing") to determine: (i) whether the terms and conditions of the settlement (the "Settlement") embodied in the Stipulation and Agreement of Settlement dated September 19, 2005 (the "Stipulation") are fair, reasonable, adequate, and in the best interests of the class that was certified pursuant to Federal Rule of Civil Procedure 23(b)(2) by this Court by order dated September 30, 2005 (the "Class"); (ii) whether a judgment should be entered dismissing the Complaint on file herein on the merits and with prejudice in favor of the defendants National Collector's Mint, Inc. ("NCM"), Avram C. Freedberg ("Freedberg"), and Sidney Nachman ("Nachman") (collectively, the "Defendants") as against all Class Members; (iii) whether to enter an order and final judgment providing for the release by all Class Members in favor of the Released Parties as set forth in the Stipulation; and (iv) whether and in what amount to award Class Counsel attorneys' fees and expenses. This Court having entered a Decision and Order approving the Settlement on January 19, 2006; and having considered all matters submitted to it at the hearings and otherwise; and it appearing that a notice of the

Settlement Fairness Hearing substantially in the form approved by the Court was mailed to all Class Members who could be identified on the basis of customer information currently in the possession of NCM; and all capitalized terms used herein having the meanings defined in the Stipulation;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Action satisfies the applicable prerequisites for class action treatment under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") in that: (i) the number of Class Members in the Action are so numerous that joinder of all members is impracticable; (ii) there are questions of law and fact common to the Class; (iii) the claims the Class Representative are typical of the claims of the Class he seeks to represent; (iv) the Class Representative has and will fairly and adequately represent the interests of the Class; (v) the questions of law and fact common to the Class Members predominate over any questions affecting only individual Class Members; (vi) a class action is superior to other available methods for the fair and efficient adjudication of the controversy; and (vii) Defendants have allegedly acted or failed to act on grounds generally applicable to the Class.

2. The Action is hereby certified pursuant to Fed.R.Civ.P. 23(b)(2) as a class action on behalf of all Persons in the United States who purchased the FTSD from NCM during the time period running from September 1, 2004 through May 31, 2005, and who have not received a refund from NCM for their purchase(s) of the FTSD. Excluded from the Class are (i) the Released Parties, members of their immediate families (*i.e.*, spouses and children), their legal representatives, heirs, successors, assigns, past or present subsidiaries, parents, affiliates, and predecessors; and (ii) all Persons who timely and

validly requested exclusion from the Class in accordance with the procedures provided in the Seconded Amended Preliminary Order in Connection With Settlement Proceedings dated September 30, 2005. Attached hereto as Exhibit A is a list prepared by Class Counsel identifying the persons who have validly requested exclusion from the Class.

3. Notice of the pendency of the Action as a class action and of the proposed Settlement was given to all Class Members who could be identified on the basis of customer information currently in the possession of NCM, and the form and method of such notice met the requirements of Fed.R.Civ.P. 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all Persons entitled thereto.

4. The Stipulation and Settlement are approved as fair, just, reasonable, adequate, and in the best interests of the Class, and the Parties are directed to consummate the Stipulation and Settlement in accordance with the terms and provisions set forth in the Stipulation.

5. The Released Parties are hereby released from all Settled Claims by Plaintiff and each and every Class Member.

6. The Complaint is hereby dismissed with prejudice and without costs.

7. Class Members and their agents, representatives, successors, assigns and anyone who purports to act on their behalf are hereby permanently barred, enjoined, and restrained from instituting, commencing, or prosecuting directly, individually, derivatively, representatively, or in any other capacity, any Settled Claim in any jurisdiction, against any Released Party or otherwise complaining about, contesting, or challenging the Settlement. The Settled Claims are hereby compromised, settled,

released, discharged, and dismissed as against each Released Party on the merits and with prejudice by virtue of the proceedings herein and this Revised Order and Final Judgment.

8. Except for purposes of enforcing the Stipulation and Settlement, neither the Stipulation and Settlement, nor any of its terms and provisions, nor any of the negotiations or proceedings connected with them, nor any of the documents or statements referred to therein shall be:

    a. offered or received in any action or proceeding against any of the Released Parties as evidence of or construed or deemed to be evidence of any presumption, concession, or admission with respect to the truth of any fact alleged in the Complaint, the validity of any claim that has been or could have been asserted in the Action or in any litigation, or the deficiency of any defense that has been or could have been asserted in the Action or in any litigation;

    b. offered or received in any action or proceeding against any of the Released Parties as evidence of or construed or deemed to be evidence of any presumption, concession or admission with respect to any liability, negligence, fault, or wrongdoing;

    c. offered, received in evidence, or in any way referred to for any other reason against any of the Released Parties in any other civil, criminal or administrative proceeding, other than such proceedings as may be necessary to effectuate the provision of the Stipulation and Settlement; provided, however, that the Released Parties may refer to the Stipulation to effectuate the liability protections granted to them thereunder;

    d. construed in any action or proceeding as a concession or an admission that the Class Representative or any Class Member suffered and damage or injury; or

    e. construed in any action or proceeding as a concession as to the sufficiency of Refund Program undertaken pursuant to the Settlement, including, without limitation, that the Refund Program represents the remedy that could have or would have been recovered at trial.

  9. The law firms of Shabel & DeNittis, P.C. and Slatt & Lane are hereby awarded a total of $135,000.00 as and for their fees, which the Court finds to be fair and reasonable, and $4,785.73 in reimbursement of expenses. Defendant NCM shall pay the awarded attorneys' fees and expenses to the law firm of Shabel & DeNittis, P.C. in three (3) equal monthly payments, beginning not later than seven (7) days after entry of this Revised Order and Final Judgment. Allocation of the awarded attorneys' fees and expenses shall be determined by Class Counsel. No person or entity other than defendant NCM shall have any obligation to pay the awarded attorneys' fees and expenses to Class Counsel.

  10. Adam DeMarco as the Class Representative is hereby awarded $1,500.00 as an incentive award, which the Court finds to be fair and reasonable. Defendant NCM shall pay Adam DeMarco the above stated amount not later than seven (7) days after entry of this Revised Order and Final Judgment. No person or entity other than defendant NCM shall have any obligation to pay the incentive award to Mr. DeMarco.

  11. The Court hereby retains exclusive jurisdiction over the Parties and all Class Members for all matters relating to the Action, including the administration,

interpretation, effectuation, or enforcement of the Stipulation and this Revised Order and Final Judgment.

12. Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation and Settlement.

13. There is no just reason for delay in the entry of this Revised Order and Final Judgment and immediate entry by the Clerk of Court is expressly directed pursuant to Fed.R.Civ.P. 54(b).

Dated: White Plains, New York
       _____March_____, 2006

_____
The Honorable Colleen McMahon
United States District Judge

February 6, 2006

<u>DeMarco v. National Collector's Mint, Inc., et al.</u>
Docket No.:  04 CV 09206

<u>Updated list of opt outs</u>

| | | |
|---|---|---|
| Doris M. Hayes<br>1536 S. State St. #171<br>Hemet, CA 92543-7619 | David M. Adams<br>439 Church Ave. Apt. M<br>Chula Vista, CA 91910 | Vicki L. LeRoy<br>5347 Whig Street<br>Salamanca, NY 14779 |
| Susan Juckett<br>52 Black Spruce Lane<br>Bloomingdale, NY 12913 | Thomas Townsend<br>2123 Tacoma Rd.<br>Puyallup, WA 98371 | Dorothy B. Boldt<br>13120 E. Pittman Rd.<br>Adkins, TX 78101 |
| Connie Caddell<br>12711 Paddison Ave.<br>Norwalk, CA 90650 | Barbara Gray<br>3045 N. Fulmer Circle<br>Tallahassee, FL 32303 | Finis O. Triplett<br>6926 Ellsworth Ave.<br>Dallas, TX 75214 |
| Barry J. Fugere<br>17459 SE 262nd St.<br>Covington, WA 98042 | Paula Busch<br>1212 Forest Ave.<br>Waterloo, IA 50702 | Barbara J. Smith<br>39271 State Rte 681<br>Shade, OH 45776 |
| Nancy Ann Dodrill<br>7707 Black Creek Rd<br>Kirkville, NY 13082 | Brunhilde Bradley<br>300 N. Palo Verde Dr.<br>Litchfield Park, AZ 85340 | Thomas D. Levesque<br>62 Burncoat Terrace<br>Worcester, MA 01605 |
| Walter Specht<br>3828 Macarthur Dr.<br>Manitowoc, WI 54220 | Virginia Stiles<br>501 Benton Dr.<br>Sunter, SC 29150-3931 | Marie Cocke<br>16500 Yellow Sage St.<br>#902<br>Pflugerville,TX 78660 |
| Richard & Janice Will<br>14106 Ann's Choice Way<br>Warminster, PA 18974-3329 | Virginia Jo Kemp<br>25 Apple Lane<br>Milford, OH 45150 | Margaret H. Britt<br>117 E. 58 th St.<br>Savannah, GA 31405 |
| Wesley W. Rink<br>11402 Robles Del Rio Place<br>Temple Terrace, FL 33617 | Douglas A. Lawson<br>PO Box 248<br>Natural Bridge Station, VA 24579 | Marlene M. Leeseberg<br>1018 S. Ahrens Ave.<br>Lombard, IL 60148 |

Sharyn Comstock
19 Christian Hill Road
Swanzey, NH 03446

Brett A. Picariello
18715 Victoria Bay Drive
Cornelius, NC 28031-5540

William E. Bartoe
110 Talon Ct.
Warner Robins, GA 31093

Lois Berwig
556 4th St.
Fond Du Lac, WI 54935

Richard Bruce
9191 Round Top Rd. Apt. 418
Cincinnati, OH 45251

Stephen and Linda Shipley
1518 228th St. SW
Bothell, WA 98021

Matt Church
2809 Giles Mill Rd.
Bunker Hill, WV 25413

Irene Via
112 Button Bush Ave
Stephens City, VA 22655

Vicky Brooks
60 Hunters Trail
Cumberland, VA 23040

Maria Alonzo
317 W. Doughty St.
Uvalde, TX 78001

Barbara Ann Montgomery
7 Cormorant Drive
Hampton Bays, NY 11946-2850

Mary E. Hamby
304 Winding Hills Drive
Clinton, MS 39056

Mary Nicoson
1725 Gibsonia Galloway Rd.
Lot #74
Lakeland, FL 33810-4504

Charlene Quaschnick
8814 Saddlehorn Dr. #133
Irving, TX 75063

Carolyn Peck
2667 Apt. 1B Arabian Ct.
South Bend, IN 46628

Joseph S. Marinelli
711 River Drive
Linwood, NJ 08221

Howard Bleinstein
857 S. Mount Pleasant Rd.
Lebanon, PA 17042-3837

Mary J. Nichols
86 West 250 North Apt #4
Clearfield, UT 84015

Sheron Knipp
3400 Yorkshire Ln Ste 308
Manitowoc, WI 54220-7233

Joyce Cusmano
22622 Clairwood
St. Clair Shores, MI 48080

LaVerne Milton
97 N. Cooper Rd #96
Chandler, GA 85225

Russell Nance
110 Bryan Street
Prattville, AL 36066

Brenda Fuselier
950 W. Vine Ave
Eunice, LA 70535

Myra & Talitha Koger
320 Ellis Lane
Allardt, TN 38504

Brenda Shields
6 Morgan Circle
Saco, ME 04072

Gene Bottomley
407 2nd Ave. NE
St. Cloud, MN 56304

Marcia Lane
240 E. Snyder Corner
Road
Red Lion, PA 17356

Norma Verploegen
828 8th Street
Havre, MT 59501

Sallie Mulhern
405 Pawtucket Ave
Pawtucket, RI 02860

Dave Casler
401 S. Shore Dr.
Brady, TX 76825

| | | |
|---|---|---|
| Carolyn L. Hancock<br>35 Jackson Street<br>North Adams, MA 01247 | Lucille LaForge<br>58 Ten Lots Rd.<br>Fairfield, ME 04937 | Eloise M. Albright<br>58 Never Bend Dr.<br>Oceola, FL 34482 |
| Mary Workman<br>701 Kenton Blvd.<br>Taylorville, IL 62568 | Roseann Lohrey<br>11 Borthwick Ave.<br>Delmar, NY 12054 | Elva L. Smith<br>217 Center Ave.<br>Jim Thorpe, PA 18229 |
| Wilma F. Moose<br>3725 NE 27th Ct.<br>Ocala, FL 34479 | Sharon L. Burman<br>1857 S. Raccoon Rd. #12<br>Austintown, OH 44515-4730 | T. Barber<br>206 Country Estates<br>Florence, MS 39073 |
| Wendell Arthur Launius<br>3518 Lanell Dr.<br>Bossier City, LA 71112-3749 | Harriet Setrella<br>323 Lawrence Ave.<br>N Syracuse, NY 13212-3716 | Lilyann Dissinger<br>3922 SW 13th St.<br>Des Moines, IA 50315 |
| Linda G. Wakefield<br>153 Colonial Drive<br>Middlebury, VT 05753 | Peggy Jay<br>1230 Cranberry Meadow Rd.<br>E. Calais, VT 05650 | Tammy Baer<br>5672 Paso Real Drive<br>Brownsville, TX 78521 |
| Lester V. Forbes<br>811 Ash Lane<br>Cedar Hill, TX 75104-3187 | Antoinette Spiegelberg<br>3839 Coral Shores Court<br>San Ysidro, CA 92173 | Pat Carroll<br>1389 Mapleash Ave.<br>Columbia, TN 38401 |
| John C. Chiasson<br>125 Chiasson Rd.<br>Broussard, LA 70518 | Mary Goodwin<br>2409 N. McVay Dr.<br>Mobile, AL 36605 | Terry L. Strack<br>1217 County Rd. 335<br>Jackson, MO 63755 |
| Nancy L. Underwood<br>16681 78th Road North<br>Loxahatchee, FL 33470 | Debra Bachiller<br>8164 Heirloom Drive<br>Pensacola, FL 32514-4102 | Jeff Henk<br>2106 Hawk Lane<br>Amarillo, TX 79118 |
| David & Crystal Davis<br>6615 Cleveland Rd. E16<br>Ravenna, OH 44266 | Rosemary Lee<br>111 W. Wilson St. #108<br>Madison, WI 53703 | Ruth D. Taber<br>10 Pike St.<br>Belfast, NY 14711 |
| Samuel & Victoria Lopez<br>1331 Sierk Rd.<br>Attica, NY 14011 | Mae Lamore<br>227 Brigham Hill Rd.<br>Essex Junction, VT 05452-2003 | Ronald Brewton<br>23022 Earlmist Dr.<br>Spring, TX 77373 |

| | | |
|---|---|---|
| Rose M. Krause<br>1455 Verde Domenica Ln.<br>Henderson, NV 89012 | Jimmy Curry (or Cory)<br>4170 East Prince Road<br>Farmville, NC 27828 | Pearl Ellert<br>4128 County Rd. 19<br>Auburn, IN 46706 |
| Georgia L. McCormick<br>100 Ridgecrest Dr.<br>Greenville, SC 29609 | Elizabeth Polucci<br>512 Mt. Auburn Street<br>Watertown, MA 02472 | Arlene Nebel<br>6 Mulberry Ln.<br>Niantic, CT 06357 |
| Debbie Wood<br>85 Shag Lane<br>Shepherd, TX 77371 | Dennis Pearse<br>231 Lynbrook<br>Coldwater, MI 49036 | Betty Elliott<br>523 Busby Ave.<br>Lancaster, OH 43130 |
| Judith A. Whittemore<br>PO Box 131<br>Rumford, ME 04276 | Michael A. Mazza<br>2763 Compass Dr. Apt 206<br>Grand Junction, CO 81506 | Mary Olley<br>534 Cassell St<br>Marysville, PA 17053 |
| Kenneth Holliday<br>144 W. Fourth St.<br>Coal Valley, IL 61240 | Ann J. Rose<br>804 Curwensville Grampian Hwy<br>Grampian, PA 16838 | Virginia B. Dyer<br>515 Louis Dr.<br>Cocoa, FL 32925 |
| Aldona Williams<br>38450 Elkhorn Estate Rd.<br>Baker City, OR 97814 | Joan Christenson<br>2050 W. Warm Springs Rd. #1324<br>Henderson, NV 89014 | Robert J. Pecchioni<br>2203 Lakeside Dr.<br>Mc Calla, AL 35111 |
| Ronald Emilio Moynier<br>3797 Ashwood Ave.<br>Mar Vista, CA 90066 | Ltc Carl W. Duncan, Jr.<br>10010 Hwy 24<br>P.O. Box 525<br>Green Mountain Falls, CO 80819 | John Ammerman<br>7992 Driftwood Dr.<br>Florence, KY 41042 |
| Audrey Franz<br>3756 NW 9th St.<br>Delray Beach, FL 33445 | Margarita Alejandro<br>6335 Saint Louis Rd NE<br>Gervais, OR 97026 | Minnie Guin<br>507 Patton St.<br>York, AL 36925 |
| James V. Guin<br>507 Patton St.<br>York, AL 36925 | Cecilia Schreck<br>P.O. Box 11<br>Silverhill, AL 36576-0011 | Linda L. Peterson<br>1507 Brooke Rd. N.<br>Fort Meade, FL 33841 |
| Terry Wheeler<br>8651 Foothill Blvd Spc 18<br>Rancho Cucamonga, CA 91730 | William E. Rockwell<br>1855 Conway Drive<br>Pensacola, FL 32503 | Velma Miller<br>8710 State Route 514<br>Shreve, OH 44676 |

Hannelore H. McLean
2317 N. Tom Green Ave.
Odessa, TX 79761

Mary Craig
8 Pembroke Court
Rockville Centre, NY 11570

Catherine Montoya
3018 Knickerbocker Rd. #1902
San Angelo, TX 76904-6876

Pamela J. Cain
7920 E. 48th St.
Kansas City, MO 64129

Joan Owen
3685 Charleston Lane
Birmingham, AL 35216

Leah M. Fry
3606 Hawthorne Lane
Tillamook, OR 97141

Wanda L. Adams
3135 Cobb Rd.
Lakeland, TN 38002

Shirley M. Carpenter
7450 Whitleysburg Rd.
Harrington, DE 19952-3707

Jane Alexander
1904 Court Street
Pekin, IL 61554-5213

Debra D'Amico
15 MSGR. Reynolds Way #278
Boston, MA 02118

Dianne Kanode
534 Morgan Dr.
Princeton, WV 24740

Shawn and Jennifer Higby
7120 Miranda Drive
Anchorage, AK 99507

Mary Ann Sutton
4900 Tahiti Lane
Naples, Fl 34112-3705

Margaret Blaine
6301 Malone Road
Douglasville, GA 30134

Shirley King
123 Park Village
Litchfield, MN 55355

Michelle Lautarevsky
4451 Swift Ave.
San Diego, CA 92116

Michael D. Viars
119 Viars Lane
Max Meadows, VA 24360

Melissa Linn
PO Box 502
Summit, AR 72677

George R. Russell
311 S. Park Dr.
Raymore, MO 64083

Cheryl S. Romano
1172 Ashley Drive
Cleveland, GA 30528

Bertha Koskey
37 Magnolia Ave.
Floral Park, NY 11001

David Peck
6469 Stone Hill Rd.
Livonia, NY 14487

Martha Benner
PO Box 144
Rising Sun, MD
    21911-0144

Steve Elliot
2617 Laredo Street
Laredo, TX 78043

Donald Scholl
19800 CR 281
Nathrop, CO 81236

Aurora Carrillo
PO Box 1793
Waldy, TX 78802

Joe Condello
5510 Blue Grass St.
Orlando, FL 32810